8

MASHETER (RICHLEY), DIR., APPELLANT AND CROSS-APPELLEE, v. WELSCHENBACH ET AL., APPELLEES AND CROSS-APPELLANTS.

(No. 75-1129—Decided October 13, 1976.)

¹At the time of the appropriation proceedings herein, R. C. 163.08 provided that the landowner's answer be filed "on or before the third Saturday after the return day of the summons. * * *"

R. C. 2703.05, which fixed the return day, was repealed effective July 1, 1971. The answer date is now 28 days after service of summons. Civ. R. 12(A).

*Mr. William J. Brown,* attorney general, *Mr. Donald J. Guittar* and *Mr. Richard B. Igo,* for appellant and cross-appellee.

*Murray & Murray Co., L. P. A.,* and *Mr. Thomas J. Murray, Jr.,* for appellees and cross-appellants.

*Per Curiam.* In the recent case of *Akron* v. *Gay* (1976), 47 Ohio St. 2d 164, this court held that "[t]he restriction upon extension of the answer date contained in R. C. 163.-08 is jurisdictional. * * * ".

The Court of Common Pleas was, therefore, without jurisdiction to modify the default judgment entered against the landowners on June 19, 1970, following the failure of the landowners to file an answer within the time prescribed by law.

Accordingly, on authority of *Akron* v. *Gay, supra,* the judgment of the Court of Appeals is reversed and final judgment is entered for appellant Director of Highways.

*Judgment reversed.*

O'Neill, C. J., Herbert, Corrigan, Stern, Celebrezze, W. Brown and P. Brown, JJ., concur.